1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562) 868-5491
   E-mail:  young_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff
6  Thelma L. Freeman

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  THELMA L. FREEMAN,            ) Case No.: CV 08-7721 AGR
                                  )
12         Plaintiff,             ) ORDER AWARDING EQUAL
                                  ) ACCESS TO JUSTICE ACT
13     vs.                        ) ATTORNEY FEES PURSUANT TO
                                  ) 28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,            )
    Commissioner of Social Security, )
15                                )
           Defendant              )
16  _____ )

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees, costs, and expenses in the amount of $3,700.00

21  for fees and $410.00 for costs, as authorized by 28 U.S.C. § 2412, subject to the

22  terms of the Stipulation.

23  DATE:  August 19, 2010

    _____
24  THE HONORABLE ALICIA G. ROSENBERG
    UNITED STATES MAGISTRATE JUDGE
25

26

-1-